The People of the State of Illinois ex rel. William B. Frankenstein, appellant, v. City of Chicago and Frank E. Doherty, commissioner of buildings of the City of Chicago, appellees. Gen. No. 30,346.

Mandamus to compel withdrawal of revocation of building permit. Mandamus denied. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

I. B. Perlman, for appellant; Isidore Goodman, of counsel. Francis X. Busch, Corporation Counsel, for appellees; Roy S. Gaskill, W. Arnold Amberg and Barnet Hodes, Assistant Corporation Counsel, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Richard C. Mazer, plaintiff in error, v. Peter Dom, defendant in error. Gen. No. 30,374.

Action for personal injuries. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Fassett, Abbott & Hughes, for plaintiff in error; John E. Hughes, of counsel. Kirkland, Patterson & Fleming, for defendant in error; Weymouth Kirkland, Jay Fred Reeve and William H. Symmes, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Harshaw, Fuller & Goodwin Company, appellee, v. Louis G. Neiman and Elias Neiman, trading as Neiman Brothers, appellants. Gen. No. 30,395.

Action upon contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Laramie & Sherwin, for appellants. McKinney, Lynde & Grear, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Michael Derdzinski, appellee, v. Wassily Lewonena and Paulina Lewonena, appellants. Gen. No. 30,407.

Action upon promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Frank A. Ramsey and Ernest Saunders, for appellants. William McKinley and Paul E. Price, for appellee.

Mr. Justice Johnston delivered the opinion of the court.